# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    CV 19-8436 TJH (SS)                    Date: October 30, 2019
                                                   Page 1 of 2

Title:    Don Martin v. City of Los Angeles, et al.

---

DOCKET ENTRY:    **ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

---

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS)**

On September 6, 2019, Plaintiff Don Martin, a California resident proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On September 26, 2019, the Court issued a Report and Recommendation recommending that Plaintiff's application to proceed in forma pauperis be denied. ("R&R," Dkt. No. 7). However, the Court subsequently reconsidered its recommendation sua sponte and granted Plaintiff's IFP application. (Dkt. No. 8). On October 21, 2019, the Court issued an Order vacating the Report and Recommendation, which was sent to Plaintiff at his address of record. ("Order," Dkt. No. 9). On October 28, 2019, the Order was returned to the Court as undeliverable with the stamp "Return to Sender. No such number." (Dkt. No. 11).

Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   CV 19-8436 TJH (SS) | Date:  October 30, 2019 |
| | Page 2 of 2 |

Title:     Don Martin v. City of Los Angeles, et al.

A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any.  If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

C.D. Cal. L.R. 41-6.

Pursuant to the Postal Service's stamp, the street address Plaintiff gave the Court as his address of record does not exist.  The Court cannot communicate with Plaintiff without an accurate address.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **November 13, 2019** why the magistrate judge should not recommend that this action be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.  Plaintiff may satisfy this Order by filing a response with a current address.  **If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**  The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record, i.e., Don Martin, 7609 Van Nuys Boulevard, Van Nuys, CA 91405.

IT IS SO ORDERED.